No. 89–5825.   QUARLES v. CHAMPION INTERNATIONAL CORP. Sup. Ct. Tex.   Certiorari denied.

No. 89–5832.   PERRY v. BALL, SECRETARY OF THE NAVY. C. A. 9th Cir.   Certiorari denied.

No. 89–5865.   SPYCHALA v. BORG, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 89–5868.   HARRIS v. DAVIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–5869.   ASSENATO v. ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 89–5870.   WILLIAMS v. BERNARD ET AL.   C. A. 10th Cir. Certiorari denied.

No. 89–5874.   FRANK v. BROOKHART, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 89–5875.   HUDSON v. CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 89–5876.   COLEMAN v. DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 89–5879.   THAKKAR v. MARTIN.   C. A. 3d Cir.   Certiorari denied.

No. 89–5881.   PATTERSON v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 89–5882.   WEST v. JONES, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–5888.   HUTCHINSON v. JUSTICE COURT OF NEEDLES JUDICIAL DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–5895.   DAWKINS v. NABISCO BRANDS, INC., ET AL. C. A. 11th Cir.   Certiorari denied.